Case Name:   JOSEPH B. and JOYCE A. ADAM
Case No:     05 B 72259

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 7/19/07                      WILLIAM T. NEARY
                                    United States Trustee, Region 11


                              BY:    ___/s/_____
                                       CAROLE J. RYCZEK
                                       Attorney for the U.S. Trustee