**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 2 3 2007

KENNETH S. GARDNER, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
ADAM, JOSEPH B
ADAM, JOYCE A

CASE NO. 05-72259 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-8764; XXX-XX-4349

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

   At:    U.S. BANKRUPTCY COURT
           211 South Court Street, Room 115
           Rockford, IL 61101

   on:    July 30, 2007
   at:    9:30 a.m.

2.   The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $        0.00 | $        3,350.00 | |
| Stephen G. Balsley Trustee's Firm Legal | $        0.00 | $        600.00 | |

4.   The Trustee's Final Report shows total:

   a.  Receipts                                    $        33,500.00

   b.  Disbursements                               $        25,762.91

   c.  Net Cash Available for Distribution         $        7,737.09

5.   In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00.  Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $3,787.09, to be distributed to the general unsecured creditors whose claims have been allowed.  The total amount of unsecured claims which will share in the distribution is $54,072.38, resulting in an approximate distribution of 7.00% to unsecured creditors.

6.    The debtor has been discharged.

7.    The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.


                                      Respectfully submitted,

DATE:    June 12, 2007               /s/Stephen G. Balsley
                                     STEPHEN G. BALSLEY
                                     6833 STALTER DRIVE
                                     ROCKFORD, IL  61108
                                     815/962-6611

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0752-3              User: jshores            Page 1 of 1              Date Rcvd: Jul 23, 2007
Case: 05-72259                    Form ID: pdf002          Total Served: 29
```

The following entities were served by first class mail on Jul 25, 2007.
```
db          +Joseph B Adam,    5763 Pepper Dr,    Rockford, IL 61114-5473
jdb         +Joyce A Adam,    5763 Pepper Dr,    Rockford, IL 61114-5473
aty         +John J Carrozza,    Macey & Chern,    20 West Kinzie,    Suite 1300,    Chicago, IL 60610-7948
tr          +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
9312592     +Amcore bank,    501 7th St,    Rockford, IL 61104-1299
9312593     +American Express,    P.O. Box 360002,    Ft Lauderdale, FL 33336-0002
9361879     +American Express Centurion Bank,    c/o Becket and Lee LLp,    P O Box 3001,
              Malvern, PA 19355-0701
9312594      Capital One Bank,    PO Box 790216,    Saint Louis, MO 63179-0216
9312595     +Chase,    P.O. Box 52195,    Phoenix, AZ 85072-2195
10467817    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
9312596      Dell Financial Services,    Payment Processing Center,    P.O. Box 4125,
              Carol Stream, IL 60197-4125
9312598      GE Capital Consumer Card Co.,    PO Box 960061,    Orlando, FL 32896-0061
9312591     +John J. Carrozza #,    Macey & Chern,    20 W. Kinzie,    13th Floor,    Chicago, IL 60610-6392
9312590     +Joseph B Adam,    Joyce A Adam,    5763 Pepper Dr,    Rockford, IL 61114-5473
9312600      MBNA,    P.O. Box 15168 MS 1423,    Wilmington, DE 19886-5137
9312601      MCCBG/JC Penney,    PO Box 960001,    FL 32896-0001
9312599    +++Marshall Field's,    111 Boulder Industrial Dr,    Bridgeton MO 63044-1241
9312602      Menards,    c/o Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
10557436    +Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney Consumer,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10557438    +Recovery Management Systems Corporation,    For GE Money Bank,    dba Mohawk,    P.O. BOX 960061,
              Orlando, FL 32896-0061
9312603      Sears,    PO Box 182149,    Columbus, OH 43218-2149
9312604     +Target National Bank,    P.O. Box 59231,    Minneapolis, MN 55459-0231
9312605     +United Mileage Plus,    P.O. Box 15153,    Wilmington, DE 19886-5153
9312606     +Wells Fargo,    3101 W. 69th St.,    Edinah, MN 55435-2529
10459134    +Wells Fargo Card Services,    PO Box 9210,    Des Moines, IA 50306-9210
9312607     +Wells Fargo Card Services,    P.O. Box 30086,    Los Angeles, CA 90030-0086
10874236    +eCAST Settlement Corporation,    assignee of Chase Bank USA NA,    P O Box 35480,
              Newark, NJ 07193-5480
```

The following entities were served by electronic transmission on Jul 24, 2007.
```
9312597     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2007 02:00:38    Discover,    PO Box 30395,
              Salt Lake City, UT 84130-0395
10540380    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2007 02:00:38
              DiscoverBank/Discover Financial Services,    P. O. Box 8003,    Hilliard, OH 43026-8003
                                                                                            TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp           Lori Freichs
aty*        +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
                                                                                   TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2007**                 **Signature:** *Joseph Speetjens*